IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICAH ANGEL                                                                PLAINTIFF

v.                              No. 3:16-cv-203-DPM

JONESBORO POLICE DEPARTMENT                          DEFENDANT


MICAH ELIZABETH ANGEL                                          PLAINTIFF

v.                              No. 3:16-cv-204-DPM

CRAIGHEAD COUNTY
SHERIFF'S DEPARTMENT                                              DEFENDANT


MICAH ELIZABETH ANGEL                                          PLAINTIFF

v.                              No. 3:16-cv-205-DPM

CRAIGHEAD COUNTY
SHERIFF'S DEPARTMENT                                              DEFENDANT

ORDER

1. The Court requested more information from Angel on all fronts. And she has helpfully provided it.

2. Her motion to proceed *in forma pauperis* in all three of her cases is granted. She's poor and has a small child to care for. She can't afford the filing fees.

**3.** The Court must screen her complaints before directing service and sending the cases forward. 28 U.S.C. § 1915(e)(2). Angel has sued the Jonesboro Police Department and the Craighead County Sheriff's Department (twice) alleging harassment and false arrest. She filed her three cases on the same day. She's now provided fifty-six pages of letters, police reports, and other materials — to flesh out her claims.

It's clear from all these documents that Angel has had many encounters with police, and has been arrested many times, in the last decade. It's unclear if any charge remains pending, and would therefore raise a *Heck* bar. *Heck v. Humphrey*, 512 U.S. 477 (1994). While the Court may have missed something, the materials provided do not show that law enforcement officers have singled out Angel based, for example, on her age, race, or gender. The U.S. Constitution protects every person in his or her liberty. No one can be arrested without probable cause that a crime has been committed. *Henry v. United States*, 361 U.S. 98, 102 (1959). Angel's papers, though, show routine law enforcement, not some targeting of her for no reason or an unconstitutional reason. All three of Angel's complaints must therefore be

dismissed without prejudice because she hasn't stated a federal claim this Court can address.

\* \* \*

Global motion for IFP status, № 6 in Case No. 3:16-cv-203-DPM, granted. Second IFP motion, № 9 in the same case, denied as moot. The Clerk must file this Order in all three Angel cases. Separate Judgments will be entered.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 October 2016