IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICAH ANGEL                                                                           PLAINTIFF

v.                              No. 3:16-cv-203-DPM

JONESBORO POLICE DEPARTMENT                                   DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

5 October 2016