IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICAH ANGEL                                                                          PLAINTIFF

v.                              No. 3:16-cv-203-DPM

JONESBORO POLICE DEPARTMENT                                  DEFENDANT


MICAH ELIZABETH ANGEL                                              PLAINTIFF

v.                              No. 3:16-cv-204-DPM

CRAIGHEAD COUNTY
SHERIFF'S DEPARTMENT                                                  DEFENDANT


MICAH ELIZABETH ANGEL                                              PLAINTIFF

v.                              No. 3:16-cv-205-DPM

CRAIGHEAD COUNTY
SHERIFF'S DEPARTMENT                                                  DEFENDANT

ORDER

The Court has received the attached letter from Ms. Angel. Based on the date, the Court concludes that this letter and the recent Order about Angel's claims, № 11 in Case No. 3:16-cv-203-DPM, crossed in the mail. The Court, though, directs the Clerk to mail Angel another copy of that Order, and the

accompanying Judgments, № 12 in Case No. 3:16-cv-203-DPM, № 7 in Case No. 3:16-cv-204-DPM & № 7 in Case No. 3:16-cv-205-DPM.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 October 2016

Sir my name is Micah Angel and I have filed a fee wavier form for a federal lawsuit in Craighead County and I was just wondering what is the hold up on approving it or not. I need this paper so I will know if I need to refile or not. Thank you for your time and consideration on this matter.

Micah Angel
10-6-16